No. 82–1744.   ERZINGER ET AL. *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 82–1750.   BIGGS *v.* TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS.   App. Ct. Ill., 5th Dist.   Certiorari denied.

No. 82–1757.   BUDGET RENT-A-CAR OF WASHINGTON-OREGON, INC. *v.* HERTZ CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–1759.   T–1740 TRUSTS, MERCANTILE BANK & TRUST CO., LTD., TRUSTEE, TRANSFERREE *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. D. C. Cir.   Certiorari denied.

No. 82–1763.   MERIDA *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 82–1764.   GULF & SOUTHERN TERMINAL CORP. *v.* SS PRESIDENT ROXAS.   C. A. 4th Cir.   Certiorari denied.

No. 82–1765.   KERNS BAKERY, INC. *v.* KENTUCKY COMMISSION ON HUMAN RIGHTS ET AL.   Ct. App. Ky.   Certiorari denied.

No. 82–1773.   OREGON PHYSICIANS' SERVICE ET AL. *v.* HAHN ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–1775.   CHAMBERS ET AL. *v.* MCLEAN TRUCKING CO. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–1792.   DALLAS COUNTY, TEXAS *v.* WILLIAMS.   C. A. 5th Cir.   Certiorari denied.